UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREA L. BRYANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:16-cv-0932-DKL-TWP |
| ) | |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

*Judgment*

The Commissioner's decision denying Andrea L. Bryant's application for benefits under the Social Security Act is **AFFIRMED**.

DATED:   3/22/2017

*[signature]*

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Laura A. Briggs, Clerk

BY: *[signature]*
Deputy Clerk, U.S. District Court

Electronic distribution to counsel of record